IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. SANDERS,<br><br>      Petitioner,<br><br>    vs.<br><br>DARREL G. ADAMS, Warden, Corcoran State Prison,<br><br>      Respondent. | No. 2:09-cv-03398-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 27] |

  At Docket No. 27 Mark D. Sanders, a state prisoner appearing *pro se*, filed an application to proceed *in forma pauperis* on his appeal.  There is no filing fee required for a prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] Sanders must, however, obtain a Certificate of Appealability from the Court of Appeals.

  **IT IS THEREFORE ORDERED THAT** the Application to Proceed in Forma Pauperis by a Prisoner at Docket No. 27 is **DENIED** as moot.

  Dated:  September 29, 2011.

                       /s/ James K. Singleton, Jr.
                       JAMES K. SINGLETON, JR.
                       United States District Judge

---

[1] *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).