IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. SANDERS,<br><br>                    Petitioner,<br><br>          vs.<br><br>DARREL G. ADAMS, Warden, Corcoran State Prison,<br><br>                    Respondent. | No. 2:09-cv-03398-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 32] |

At Docket No. 32, Mark D. Sanders, a state prisoner appearing *pro se*, filed a motion requesting leave to respond to the Ninth Circuit Court of Appeal's denial of his motion for a Certificate of Appealability.  It appears that Sanders filed this motion in the wrong court, as relief can only be obtained from the Court of Appeals.  Recognizing that Sanders is proceeding *pro se*, this Court will transfer this motion to the Court of Appeals for consideration by a motions panel.

**IT IS SO ORDERED.**

Dated: August 5, 2013.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge
