IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. SANDERS,<br><br>                    Petitioner,<br><br>            vs.<br><br>J. SOTO, Warden, California State Prison, Los Angles County,[1]<br><br>                    Respondent. | No. 2:09-cv-03398-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 34] |

      At Docket No. 34 Mark D. Sanders, a state prisoner appearing *pro se*, filed a document entitled "Motion for Rehearing," which appears on its face and in its content to have been intended to have been filed with the Court of Appeals for the Ninth Circuit in Case No. 11-17092.

      **IT IS THEREFORE ORDERED THAT** the Clerk of the Court is directed to forward the Document at Docket No. 34 to the Clerk of the Court for the Ninth Circuit for such further action as may be appropriate.

      Dated:  November 18, 2013.

                                                          /s/ James K. Singleton, Jr.
                                                          JAMES K. SINGLETON, JR.
                                                           United States District Judge

---

     [1]     J. Soto, Warden, California State Prison, Los Angeles County, is substituted for Darrel G. Adams, former Warden, California State Prison, Corcoran.  FED. R. CIV. P. 25(c).